RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY GRANT KITCHENS,<br><br>                                  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                                  Defendants. | Case No: 2:23-00545-GMN-VCF<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**JURY DEMANDED** |

COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys of record, DENNETT WINSPEAR, LLP, and in Answer to the Plaintiff's Complaint on file herein, admits, denies and alleges as follows:

**FACTS COMMON TO ALL CLAIMS**

1. Answering Paragraph 1 of Plaintiff's Complaint, Defendant states that it does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained therein and upon said ground denies each and every allegation contained therein.

2. Answering Paragraph 2 of Plaintiff's Complaint, Defendant admits each and every allegation contained therein.

. . .

3.      Answering Paragraphs 3, 4, 5, 6 and 7 of Plaintiff's Complaint, Defendant states that it does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained therein and upon said ground denies each and every allegation contained therein.

4.      Answering Paragraph 8 of Plaintiff's Complaint, Defendant admits each and every allegation contained therein.

5.      Answering Paragraph 9 of Plaintiff's Complaint, Defendant states that it does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained therein and upon said ground denies each and every allegation contained therein.

6.      Answering Paragraph 10 of Plaintiff's Complaint, Defendant admits a letter was received; as to the remainder of the allegations, Defendants state that the contents of the letter speak for themselves.

7.      Answering Paragraph 11 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

8.      Answering Paragraph12 of Plaintiff's Complaint, Defendant admits each and every allegation contained therein.

9.      Answering Paragraph 13 of Plaintiff's Complaint, Defendant admits a letter was received; as to the remainder of the allegations, Defendants state that the contents of the letter speak for themselves.

10.     Answering Paragraph 14 of Plaintiff's Complaint, Defendant admits each and every allegation contained therein.

11.     Answering Paragraph 15 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

**FIRST CLAIM FOR RELIEF**
**(Breach of Contract)**

12.     Answering Paragraph 16 of Plaintiff's Complaint, Defendant realleges its answers to Paragraphs 1 through 15 as if fully set forth at this point and incorporates them herein by

reference.

13. Answering Paragraphs 17, 18, 19 and 20 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

## SECOND CLAIM FOR RELIEF
### (Breach of the Covenant of Good Faith and Fair Dealing (BAD FAITH))

14. Answering Paragraph 21 of Plaintiff's Complaint, Defendant realleges its answers to Paragraphs 1 through 20 as if fully set forth at this point and incorporates them herein by reference.

15. Answering Paragraph 22 of Plaintiff's Complaint, Defendant states that it does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained therein and upon said ground denies each and every allegation contained therein.

16. Answering Paragraphs 23, 24, 25, 26, 27 and 28 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

## THIRD CLAIM FOR RELIEF
### (Unfair Claims Practices)

17. Answering Paragraph 29 of Plaintiff's Complaint, Defendant realleges its answers to Paragraphs 1 through 28 as if fully set forth at this point and incorporates them herein by reference.

18. Answering Paragraphs 30, 31, 32, 33, 34, 35, 36 and 37 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint and each and every cause of action stated therein fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff has failed to mitigate his damages, if any.

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that it has not been guilty of malice, express or implied, such that an

3

award of punitive damages is improper.

### FOURTH AFFIRMATIVE DEFENSE

Punitive damages against Defendant are not permissible because Plaintiff cannot establish that Defendants are guilty of oppression, fraud or malice, express or implied.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has the burden of proving his claim for punitive damages by clear and convincing evidence.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint for extracontractual "bad faith" damages is initiated and pursued by Plaintiff in an attempt to compel Defendant to pay more in contractual benefits than is warranted and justified by the nature and extent of Plaintiff's claimed injuries brought and pursued for the sole purpose of compelling Defendant to pay more than is justified and warranted.

### SEVENTH AFFIRMATIVE DEFENSE

The contractual dispute outlined in Plaintiff's Complaint for benefits under the subject insurance policy is a legitimate dispute between Defendant and Plaintiff regarding the value and amount of Plaintiff's claimed contractual claim. This dispute in value amounts to a good faith disagreement between the parties, and does not support Plaintiff's claims for extracontractual or punitive damages.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges it has been necessary for it to employ the services of an attorney to defend this action, and a reasonable sum should be allowed Defendant as and for attorney's fees, together with their costs expended in this action.

### NINTH AFFIRMATIVE DEFENSE

Pursuant to NRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer; and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants it.

NOTE: Some or all of the affirmative defenses above plead may have been pleaded for

purposes of non-waiver pending discovery. Other affirmative defenses may be added as discovery continues.

WHEREFORE, the answering Defendant prays for relief as follows:

1. That Plaintiff takes nothing by way of his Complaint on file herein;

2. For reasonable costs incurred in the defense of this litigation; and

3. For such other and further relief as this Honorable Court may deem just and proper in the premises.

DATED this __19th__ day of June, 2023.

**DENNETT WINSPEAR, LLP**

By ____*/s/ Ryan L. Dennett*____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for State Farm Mutual Automobile Insurance Company***

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of DENNETT WINSPEAR, LLP, and that on the ___19th___ day of June, 2023 the foregoing ***DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT*** was served upon the parties via CM/ECF system to the following parties:

Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
**HANRATTY LAW GROUP**
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax: (702) 870-1846
Email: Kevinh@hanrattylawgroup.com
***Attorneys for Plaintiff, Terry Grant Kitchens***

　　　　　　　　　　　　　　　　　　___/s/ Theresa Amendola___
　　　　　　　　　　　　　　　　　　An employee of DENNETT WINSPEAR, LLP

6