RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:	(702) 839-1100
Facsimile:	(702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY GRANT KITCHENS,<br><br>                              Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No:  2:23-00545-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE MEET AND CONFER ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY [DOC 30] WITH ADDITIONAL TIME TO RESPOND TO THE MOTION PURSUANT TO COURT MINUTE ORDER [DOC 31]** |

COME NOW, the parties above named, by and through counsel, and submit the instant Stipulation in accordance with the June 17, 2024 Minute Order of The Honorable Magistrate Judge Elayna J. Youchah [Doc 31], and submit the within Stipulation and proposed Order for extended time to complete party briefing on the Motion [Doc 30], should the parties be unable to reach an agreement regarding the relief requested by Plaintiff within the Motion [Doc 30], following further discussions in an effort to resolve party differences.

The parties have met and conferred in accordance with the Minute Order [Doc 31] and agree that an extension of the briefing schedule is warranted so that the parties may continue discussions to potentially reach party agreement on Plaintiff's request presented in the Motion [Doc 30] pursuant to this Court's Minute Order [Doc 31].  With that said, should the party

1  discussions not resolve the issue, the parties request an Order that supplemental
2  briefing/opposition to Plaintiff's Motion to Reopen Discovery [Doc 30] be extended by 14-days,
3  which would then make respective briefing due by July 15, 2024.
4      In addition, the parties further request that Plaintiff's time to respond to Defendant's
5  pending Motion for Summary Judgment [Doc 26], also be extended.
6  **PROPOSED SCHEDULE FOR COMPLETING REMAINING BRIEFING**:
7      The parties hereby stipulate and request that briefing dates in this matter on Plaintiff's
8  Motion to Reopen Discovery [Doc 30] be continued for an additional (14) days, and Plaintiff's
9  Response to Defendant's Motion for Summary Judgment [Doc 26] to July 22, 2024.

| CURRENT DATE | PROPOSED DATE |
|---|---|
| Supplemental Briefing/Opposition to Plaintiff's Motion to Reopen [Doc 30]:  July 1, 2024 | July 15, 2024 |
| Response to Defendant's Motion for Summary Judgment [Doc 26]:  June 26, 2024 | July 22, 2024 |

DATED:  6/20/204

HANRATTY LAW GROUP

By  /s/ Ani Biesiada
KEVIN M. HANRATTY, ESQ.
Nevada Bar No. 7734
ANBAEITA BIESIADA, ESQ.
Nevada Bar No. 14347
1815 Village Center Circle, Ste 140
Las Vegas, Nevada 89134
Telephone: 702-821-1379
***Attorneys for Plaintiff,
Terry Kitchens***

DATED:  6/20/2024

DENNETT WINSPEAR, LLP

By  /s/  Jennifer Insley Micheri
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: 702-839-1100
***Attorneys for Defendant, State Farm
Mutual Automobile Insurance Company***

**ORDER**

IT IS SO ORDERED.

DATED: June 22, 2024

_____
U.S. MAGISTRATE JUDGE

2