RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for Defendant, State Farm
Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY GRANT KITCHENS,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No: 2:23-00545-GMN-~~VCF~~ EJY<br><br>**STIPULATION AND ORDER TO REOPEN DISCOVERY FOR LIMITED PURPOSE IN RESPONSE TO PLAINTIFF REQUEST** |

COME NOW, the parties above named, by and through counsel, and submit the instant Stipulation in accordance with the June 17, 2024, Minute Order of The Honorable Magistrate Judge Elayna J. Youchah [Doc 31].

The parties have met and conferred in accordance with the Minute Order [Doc 31], and Defendant State Farm has agreed to Plaintiff's Request to Reopen Discovery for the limited and enumerated purposes explained herein, and solely as outlined in the within Stipulation.  This limited purpose for reopening discovery is to enable Plaintiff to complete depositions of State Farm Claims Representatives in this case/individual requested.  This Stipulation to Reopen Discovery is to take the depositions of the claims handling representatives as indicated by

1  Plaintiff within his Motion, and for State Farm limited to the following: Jason Short, Felise
2  Leonard, Dustin Daly and Lori Craig, as well as an extension of time for Plaintiff to respond to
3  Defendant's Motion for Summary Judgment [Doc 26], filed June 5, 2024 (detailed below)
4  following the taking of the above depositions and any supplemental Expert Report/Opinions
5  following completion of the above depositions.  Should the depositions above cause additional
6  Expert Reports/Opinions, the parties hereto reserve the right to take the other party's expert
7  deposition within the extended time contemplated in this Stipulation.  Further, it is anticipated
8  that parties will likely produce supplemental expert opinions/reporting following the foregoing
9  depositions and hereby agree that the depositions of such Experts may likely be necessary.
10  With that said, the parties have conferred and agreed that no deposition of Jennifer Insley
11  Micheri, Esq., or any other discovery not enumerated herein will be completed in this case as
12  consistent with the within agreement.  To that end, this Stipulation does not contemplate
13  reopening of any other discovery dates, including expert designation(s) and/or any other dates
14  for discovery, as all dates and discovery closed on May 6, 2024, pursuant to the Second
15  Extension for Discovery [Doc 25].

16  Pertinent to the instant compromised party agreement to reopen discovery for the limited
17  purpose to allow Plaintiff to complete the above-identified depositions, are the events that led to
18  this agreement.  While the discovery period in this case was open, Plaintiff counsel contacted
19  defense counsel and requested a short extension of time in which to complete discovery due to a
20  "family emergency" and for the parties to complete other deposition in the case.  As a result, the
21  parties agreed to extend discovery for a second time (for limited purpose of completing
22  depositions) and submitted a request to extend discovery, reduced to an Order from the Court
23  [Doc 25] on January 22, 2024, granting that request.

24  Thereafter, Defendant State Farm completed depositions of Dr. West and Stephen
25  Strzelec, Plaintiff's expert and provider.  However, Plaintiff did not complete any further discovery
26  due directly to an ongoing family emergency that continues to the present time.  On May 6, 2024,
27  discovery closed [Doc 25].

28  On June 5, 2024, Defendant State Farm filed its Motion for Summary Judgment [Doc 26].

On June 11, 2024, Plaintiff filed a Motion to Reopen Discovery [Doc 28]. The Court denied the Motion to Reopen Discovery for Plaintiff's failure to meet and confer with Defendant State Farm regarding the request [Doc 29]. Thereafter, the parties met and conferred on the issue, and Defendant's counsel advised that State Farm would be irreparably prejudiced by agreeing to a reopening of discovery, given the fact that State Farm timely filed a Motion for Summary Judgment (completed following close of discovery), and with pending dispositive relief requested and discovery closed, it was inappropriate to reopen discovery.

Thereafter, Plaintiff filed an Amended Motion to Reopen Discovery [Doc 30].

Following additional meet and confer conferences between counsel, and directive of the Court [Doc 31] the instant agreement was forged to reopen discovery, for the purpose of taking depositions that were not taken due to Plaintiff's Counsel ongoing family emergency and as outlined in paragraph two hereto, without reopening any other discovery timelines that have closed.

In entering this Stipulation, Defendant State Farm in no way agrees to, endorses, and/or concedes to any of the representations of law or fact made by Plaintiff Kitchens within his Amended Motion to Reopen Discovery [Doc 30]. Rather, Defendant State Farm seeks to extend additional time for Plaintiff and his Counsel to complete the foregoing depositions of State Farm individuals beyond the ordered discovery cut off in this case [Doc 25] given Plaintiff Counsel's unfortunate emergent family issues that caused the contemplated discovery not to be completed when discovery was ongoing pursuant to Doc 25. This agreement is consistent with Court Minute Order [Doc 31] directing the parties to attempt a compromised agreement regarding Plaintiff's request to reopen discovery to complete the enumerated depositions.

**LIMITED, PROPOSED SCHEDULE FOR REOPENED DISCOVERY SOLELY TO COMPLETE DEPOSITIONS:**

The parties hereby stipulate and request that discovery be reopened in this case for the limited purpose of completing depositions as identified above, additional time for Plaintiff to respond to Defendant's Motion for Summary Judgment [Doc 26], and discovery to be reopened for Plaintiff to complete the above-identified depositions for an additional (90) days, and Plaintiff's

Response to Defendant's Motion for Summary Judgment [Doc 26] be extended to thirty (30)-days after this ninety (90) day extension.

| CURRENT DATE | PROPOSED DATE |
|---|---|
| Discovery limited to Depositions of State Farm's claims representatives identified herein: DISCOVERY CURRENTLY CLOSED [Doc 25] | October 15, 2024 |
| Response to Defendant's Motion for Summary Judgment [Doc 26]:          July 22, 2024 | November 15, 2024 |

DATED:      7-15-2024

**HANRATTY LAW GROUP**

By     /s/ Kevin M. Hanratty
KEVIN M. HANRATTY, ESQ.
Nevada Bar No. 7734
1815 Village Center Circle, Ste 140
Las Vegas, Nevada  89134
Telephone:  702-821-1379
***Attorneys for Plaintiff,
Terry Kitchens***

DATED:      7-15-2024

**DENNETT WINSPEAR, LLP**

By    /s/     Jennifer Insley Micheri
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  702-839-1100
***Attorneys for Defendant, State Farm
Mutual Automobile Insurance Company***

**ORDER**

IT IS HEREBY ORDERED SO ORDERED that the Stipulation to Reopen Discovery (ECF No. 35) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Amended Motion to Reopen Discovery (ECF No. 30) is DENIED at moot.

DATED: July 15, 2024

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE