**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
Ani Biesiada, Esq.
Nevada Bar No. 14347
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax:    (702) 870-1846
Email: kevinh@hanrattylawgroup.com
Email: anib@hanrattylawgroup.com
Attorneys for Plaintiff, Terry Grant Kitchens

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY GRANT KITCHENS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No:   2:23-cv-00545-GMN-EJY<br><br>**STIPULATION AND ORDER TO RE-SCHEDULE IN PERSON SETTLEMENT CONFERENCE**<br>**[Document No. 34]** |

Plaintiff TERRY GRANT KITCHENS ("Plaintiff") by and through his Counsel Kevin M. Hanratty, Esq. of HANRATTY LAW GROUP and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant State Farm"), by and through their counsel, Jennifer Insley Micheri, Esq. of DENNETT WINSPEAR LLP, hereby stipulate to the following:

IT IS HEREBY STIPULATED AND AGREED that the In Person Settlement Conference currently scheduled for Thursday, September 26, 2024 [Document 34] be re-scheduled due to Parties and the Court Re-Opening Discovery in this case [Document 36].

1

IT IS FURTHER STIPULATED AND AGREED that the Court re-schedule the In Person Settlement Conference for a date after November 15, 2024 and a new Order setting the In Person Settlement Conference be issued as the Court desires.

| | |
|---|---|
| DATED this 25th day of July, 2024. | DATED this 25th day of July, 2024. |
| **HANRATTY LAW GROUP** | **DENNETT WINSPEAR LLP** |
| By: */s/: Kevin M. Hanratty, Esq.* | By: */s/: Jennifer Isley Micheri, Esq.* |
| Kevin M. Hanratty, Esq. | Ryan L. Dennett, Esq. |
| Nevada Bar No.: 7734 | Nevada Bar No. 005617 |
| Ani Biesiada, Esq. | Jennifer Isley Micheri, Esq. |
| Nevada Bar No. 14347 | Nevada Bar No.: 10089 |
| 1815 Village Center Circle, Ste. 140 | 3301 N. Buffalo Drive, Ste. 195 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89129 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| *Terry Grant Kitchens* | *State Farm Mutual Automobile Insurance Company* |

## **ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the settlement conference currently set for September 26, 2024 is vacated and rescheduled for **November 19, 2024**. Plaintiff must report to the chambers of the undersigned Magistrate Judge at 9:00 a.m. Defendant must report to the chambers of the undersigned at 9:30 a.m.

IT IS FURTHER ORDERED that the confidential settlement briefs are due on **November 12, 2024**. Delivery shall be made electronically to Emily_Santiago@nvd.uscourts.gov. Except as stated herein, the prior terms of the July 8, 2024 Order (ECF No. 34) remain in full force and effect.

_____
U.S. MAGISTRATE JUDGE

Date: July 26, 2024