RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY GRANT KITCHENS,<br><br>                         Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                         Defendants. | Case No: 2:23-cv-00545-GMN-EJY |

### **DEFENDANT'S ACCEPTANCE OF PLAINTIFF'S OFFER OF JUDGMENT**

TO:     PLAINTIFF, TERRY GRANT KITCHENS; and

TO:     KEVIN HANRATTY, ESQ., of the HANRATTY LAW GROUP, attorneys for Plaintiff:

Pursuant to NRCP 68 and NRS 17.117, Defendant, as applied within this United States District Court case, STATE FARM MUTUAL AUTOMOBILE INSURANCE hereby accepts the OFFER OF JUDGMENT made by Plaintiff, TERRY GRANT KITCHENS, in the total amount of THREE HUNDRED TWENTY-FIVE THOUSAND FOUR HUNDRED SEVENTY-SEVEN AND 00/100 DOLLARS ($325,477.00) inclusive of any and all applicable attorneys' fees, and

. . .

. . .

. . .



exclusive of accrued costs and interest.

DATED this __20__ day of January, 2025.

**DENNETT WINSPEAR, LLP**


By____/s/ Jennifer Insley Micheri_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for State Farm Mutual Automobile Insurance Company***

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of DENNETT WINSPEAR, LLP, and that on the ___20th___ day of January, 2025 the foregoing ***DEFENDANT'S ACCEPTANCE OF PLAINTIFF'S OFFER OF JUDGMENT*** was served upon the parties via CM/ECF system to the following parties:

Kevin M. Hanratty, Esq.
State Bar of Nevada No. 007734
**HANRATTY LAW GROUP**
1815 Village Center Circle, Ste. 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax: (702) 870-1846
E-mail: kevinh@hanrattylawgroup.com
***Attorneys for Plaintiff, Terry Grant Kitchens***

                                                     ___/s/ Theresa Amendola___
                                                    *An employee of DENNETT WINSPEAR, LLP*