AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Terry Grant Kitchens

       Plaintiff,

v.

State Farm Mutual Automobile Insurance Company

       Defendant,

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00545-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plaintiff against Defendant in the amount of three hundred twenty-five thousand four hundred seventy-seven and 00/100 dollars ($325,477.00) inclusive of any and all applicable attorneys' fees and exclusive of accrued costs and interest.

1/23/2025
Date

DEBRA K. KEMPI
Clerk

/s/ CAH
Deputy Clerk